IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATENT ARMORY, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| DIGITAL FEDERAL CREDIT UNION, | ) Civil Action No. 1:24-cv-40161-FDS |
| Defendant. | ) |

**SECOND ASSENTED-TO MOTION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

In accordance with the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff Patent Armory Inc. ("Patent Armory"), by and through their undersigned counsel, respectfully request this Court extend the time for Defendant Digital Federal Credit Union to respond to the Complaint filed by Plaintiff. In support hereof, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint against Digital Federal Credit Union in the Massachusetts District Court captioned *Patent Armory Inc. v. Digital Federal Credit Union* on December 19, 2024. (Complaint, Doc. No. 1).

2. Defendant was served successfully on December 27, 2024; the deadline to answer the complaint by Federal Rules of Civil Procedure was set for January 17, 2025.

3. Plaintiff respectfully requests this extension in good faith, not for dilatory purposes, and seek only additional time for Defendant to review the matter and other information to adequately prepare a response to the Complaint.

4. Plaintiff believes that no party will be prejudiced by the allowance of this Motion.

1

5. A Motion for Extension was filed to extend the answer to Complaint deadline to February 17, 2025, which the Court granted. Plaintiff asks for another extension while the parties are in settlement discussions.

WHEREFORE Plaintiff Patent Armory, Inc. respectfully requests that the Court grant this motion and issue an order granting them to and including to March 17, 2025, respond to the Complaint.

| | |
|---|---|
| Dated: February 14, 2025 | Respectfully submitted,<br>*s/Christopher E. Hanba*_____<br>Christopher E. Hanba<br>BBO # 667583<br>Dickinson Wright PLLC<br>607 W. 3rd Street<br>Suite 2500<br>Austin, TX 78701<br>Phone: (512) 777-4200<br>Fax: 844-670-6009<br>chanba@dickinsonwright.com<br><br>*Counsel for Plaintiff Patent Armory, Inc.* |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned hereby certifies that on February 14, 2025, counsel for Plaintiff, Christopher Hanba., conferred with counsel for Defendant, Puja P. Lea, who consented to Defendant request for a thirty-day extension of Defendant's responsive pleading deadline in this matter.

*s/Christopher E. Hanba*
Christopher E. Hanba
